# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149259

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

BRANDON LEWIS CAIN,
    Defendant-Appellee.

SC:  149259
COA:  314342
Wayne CC:  12-005176-FC

_____/

On order of the Court, the application for leave to appeal the May 2, 2014 order of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals erred in determining that the failure to properly swear the jury, even in the absence of a timely objection, is a structural error requiring a new trial.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



Clerk

s0910